USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DEBORAH ANNOR, S.A. AN INFANT BY THE :
MOTHER AND NATURAL GUARDIAN,
JANET ANNOR, J.A. AN INFANT BY THE :
MOTHER AND NATURAL GUARDIAN,
JANET ANNOR, AND JANET ANNOR, : 22-cv-1908 (VEC)
INDIVIDUALLY, :
                        Plaintiffs, : ORDER
      -against- :
                                         :
LILY TRANSPORTATION CORP., CHARLTON :
KRAUSE, RYDER TRUCK RENTAL, INC. AND :
IRONCLAD LOGISTICS, LLC, :
                                         :
                        Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties are scheduled to appear for a pre-trial conference on January 13, 2023.

    IT IS HEREBY ORDERED that, due to a scheduling conflict, the pre-trial conference is ADJOURNED to **Friday, January 20, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: January 11, 2023**
**New York, New York**

                                                                          **VALERIE CAPRONI**
                                                                          **United States District Judge**