```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
DEBORAH ANNOR, S.A.AN INFANT BY THE
MOTHER AND NATURAL GUARDIAN,
JANET ANNOR, J.A.AN INFANT BY THE
MOTHER AND NATURAL GUARDIAN,
JANET ANNOR, AND JANET ANNOR,                  22-cv-1908 (VEC)
INDIVIDUALLY,
                              Plaintiffs,       ORDER
              -against-

LILY TRANSPORTATION CORP., CHARLTON
KRAUSE, RYDER TRUCK RENTAL, INC. AND
IRONCLAD LOGISTICS, LLC,

                              Defendants.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a pre-trial conference on January 20, 2023.

IT IS HEREBY ORDERED that, as stated at the conference, Defendants' motion for summary judgment is due by no later than **March 17, 2023**; Plaintiffs' opposition and cross-motion are due by no later than **April 14, 2023**; Defendants' opposition and reply are due by no later than **May 12, 2023**; Plaintiffs' reply is due by no later than **May 26, 2023**. The parties will be referred to their assigned magistrate judge for a settlement conference by separate order.

**SO ORDERED.**

Date: January 20, 2023
    New York, New York

_____
VALERIE CAPRONI
United States District Judge