**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

# RAVEN & KOLBE, LLP

ATTORNEYS AT LAW

126 EAST 56TH STREET
SUITE 202
NEW YORK, NEW YORK 10022

Telephone: (212) 759-7466
Facsimile: (212) 759-0166
www.ravenkolbe.com

March 14, 2023

## JOINT LETTER TO COURT

<u>VIA ECF</u>

<u>District Judge Hon. Valerie E. Caproni</u>
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   <u>Deborah Annor, etal. v. Lily Transportation Corp., Charlton Krause, etal.</u>
             U.S. District Court, Southern District of New York
             Civil No.: 1:22-cv-01908-VEC
             Date of Accident:  October 12, 2020
             Our File No.:  862-020-01

Dear Hon. Judge Caproni:

      This letter is respectfully submitted to the Court to advise that the parties have resolved this case. The parties have already executed the appropriate settlement documents with reference to Deborah Annor, who is over the age of eighteen, and have that aspect of the case finalized with payment.

      Since two of the plaintiffs are infants below the age of eighteen, plaintiff's counsel, Adam Polo, Esq., will be submitting the appropriate documents for the Infants' Compromise Orders seeking Court approval of the infants' cases.  Unfortunately, plaintiff's counsel has not been able to meet with the plaintiffs as of yet as they were out of town.   Plaintiff's counsel is scheduling the physical examinations of the infants so as to submit the appropriate documentation for the Compromise Orders.  Plaintiff therefore requests that Your Honor allow

an additional forty-five (45) days to allow plaintiff's counsel to submit the appropriate documents for the Infants' Compromise Orders.

      We wish to thank the Court in advance for considering the above and assisting in bringing this case to a resolution.

                                  Very truly yours,

                                  RAVEN & KOLBE, LLP

                                  */s/ Keith A. Raven*
                                  Keith A. Raven

KAR/man

cc.: ADAM D. POLO ESQ., P.C.
8 West 38th Street, Suite 803
New York, New York 10018
Attn:   Adam D. Polo, Esq.
adam@adampololaw.com
attypolo@yahoo.com

MCCABE, COLLINS, MCGEOUGH
FOWLER, LEVINE & NOGAN, LLP
30 Jericho Executive Plz Ste 400c
Jericho, NY 11753
Attn:   Robert J. Passarelli, Esq.
rpassarelli@mcmflaw.com

> Application GRANTED in part. The motion to approve the Compromise Orders for the infant Plaintiffs must be filed by no later than **Friday, April 14, 2023**.
>
> SO ORDERED.
>
> *[signature]*      Date: 3/15/2023
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

2